## Commonwealth *v.* Goodmond, Appellant.

Submitted June 21, 1971. *Thomas C. Carroll* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the judgment of sentence is vacated, the record remanded and a new trial ordered.